1  ALLAN E. ANDERSON (SBN 133672)
   aanderson@rmkb.com
2  SEAN P. FLYNN (SBN 220184)
   sflynn@rmkb.com
3  **ROPERS, MAJESKI, KOHN & BENTLEY**
   515 South Flower Street, Suite 1100
4  Los Angeles, CA  90071-2213
   Telephone:  (213) 312-2000
5  Facsimile:   (213) 312-2001

6  Attorneys for Defendant
   REGIONAL ADJUSTMENT BUREAU, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | CAROLYN NAVARRO, | Case No.  CV10-04757 VBF (VBKx) |
|----|------------------|---------------------------------|
| 12 | Plaintiff, | **NOTICE OF SETTLEMENT** |
| 13 | v. | Judge:    Valerie Baker Fairbank |
| 14 | REGIONAL ADJUSTMENT BUREAU, INC., | Magistrate Judge:  Victor B. Kenton |
| 15 | Defendant. | |

17   ///
18   ///
19   ///
20   ///

RC1/5692615.1/PF1                                              NOTICE OF SETTLEMENT

1  Pursuant to Local Rule 40-2, Defendant hereby informs the Court that the
2  parties have reached a settlement and are in the process of finalizing documents,
3  which should be finalized within the next 30 days.
4  Defendant requests that the Court vacate all current dates and set an OSC re
5  dismissal approximately 45 days from today's date.

Dated: September 17, 2010      **ROPERS, MAJESKI, KOHN & BENTLEY**

By:   /s/ Sean P. Flynn
    ALLAN E. ANDERSON
    SEAN P. FLYNN
    Attorneys for Defendant
    REGIONAL ADJUSTMENT BUREAU, INC