Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO,         ) | Case No. **2:10-cv-04757-VBF-VBK** |
| ) | |
| Plaintiff,                         ) | **JOINT REQUEST TO DISMISS** |
| ) | **WITH PREJUDICE** |
| vs.                                  ) | |
| ) | |
| REGIONAL ADJUSTMENT ) | |
| BUREAU, INC.,                ) | |
| ) | |
| Defendant.                       ) | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 14th day of October, 2010

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Sean P. Flynn
    Ropers, Majeski, Kohn & Bentley PC
    Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 14th day of October, 2010, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Sean P. Flynn
Ropers Majeski Kohn and Bentley
7  50 West San Fernando Street, Suite 1400
San Jose, CA 95113
8

9  This 14th day of October, 2010.

10

11  s/Todd M. Friedman
Todd M. Friedman

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28